UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BRADLEY S. LOGAN, M.D.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:05-0006 |
| | ) Judge Echols |
| **HCA, INC.,** *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff's "Objections to the Report and Recommendation of Judge Joe B. Brown" (Docket Entry No. 86) are hereby OVERRULED;

(2) The Magistrate Judge's Report and Recommendation (Docket Entry No. 85) is hereby ADOPTED;

(3) Defendants' Motions to Dismiss (Docket Entry Nos. 37, 45, 47, 49, 56 and 61) are hereby GRANTED;

(4) Defendants' Motion to Strike Portions of the Complaint (Docket Entry No. 40) is hereby deemed MOOT; and

(5) This case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE